# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 25-cr-4 |
| v. : | |
| : | |
| NATHAN THORNSBERRY, : | |
| : | |
| Defendant. : | |

## NOTICE OF ATTORNEY WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court that Assistant United States Attorney Joseph Hutton Marshall is hereby terminating his appearance as counsel of record in this matter.

Respectfully submitted,

Edward R. Martin Jr.
United States Attorney
DC Bar No. 481866

*/s/ Joseph Hutton Marshall*
JOPEPH HUTTON MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office for the
District of Columbia
DC Bar No. 1721890
601 D Street N.W.
Washington, D.C. 20579
(202) 809-2166
Joseph.hutton.marshall@usdoj.gov